371 A.2d 856
Commonwealth v. Hightower, Appellant.

Submitted June 14, 1976. Neal R. Lewis, for appellant; Charles M.

Guthrie, Jr., Assistant District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.